**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CUSHMAN & WAKEFIELD, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:19-CV-04790 <br><br><br> **JUDGE JOHN Z. LEE** |

### ILLINOIS NATIONAL INSURANCE COMPANY'S
### CORPORATION DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned, counsel for Defendant Illinois National Insurance Company ("Illinois National"), hereby certifies that Illinois National is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: August 6, 2019

                                                      Respectfully submitted:

                                                      **ILLINOIS NATIONAL INSURANCE COMPANY**

                                                      By:    /s/ David T. Brown
                                                                One of Its Attorneys

David T. Brown (Attorney #6277185)
Jamie L. Hull (Attorney #6273814)
KAUFMAN DOLOWICH & VOLUCK LLP
135 South LaSalle St., Suite 2100
Chicago, IL 60603
T: (312) 759-1400
F: (312) 759-0402
E: dbrown@kdvlaw.com
E: jhull@kdvlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on **August 6, 2019**, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on all counsel of record by CM/ECF Electronic Notification.

By: /s/ David T. Brown

David T. Brown (Attorney #6277185)
Jamie L. Hull (Attorney #6273814)
KAUFMAN DOLOWICH & VOLUCK LLP
135 South LaSalle St., Suite 2100
Chicago, IL 60603
T: (312) 759-1400
F: (312) 759-0402
E: dbrown@kdvlaw.com
E: jhull@kdvlaw.com